**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

John Richard Grooms

Susan Erin Grooms

Debtor(s)

Case No: 22–50091 – WJF

Chapter 13 Case

**ORDER CONFIRMING MODIFIED POSTCONFIRMATION CHAPTER 13 PLAN**

It appears that a motion to modify the plan has been filed, that the plan as modified complies with Local Rule 3015–1, that notice of the motion to modify the plan was mailed to creditors, that a hearing was held, and that no objection to the plan as modified has been made, or if made, has been since withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as modified is confirmed and has become the plan; and
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted.


Dated: 10/19/22

William J Fisher
United States Bankruptcy Judge

**mnbocnf13post** 13ocnfpo 06/22